■ DIANE FLOOD, as Guardian of the Person and Property of ANNE MARIE FLOOD, an Incapacitated Person, Appellant, v CSX TRANSPORTATION, INC., et al., Respondents. [913 NYS2d 621]— Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered January 20, 2010. The order granted the motion of defendant Town of Hamburg for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Martoche, Green, Pine and Gorski, JJ.